FILED
JAN - 9 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08-CR-9-WKW |
| ) | [18 U.S.C. §§ 641 and 2] |
| MICHAEL HOOD ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

1. At all times relevant to this Indictment, the defendant, **MICHAEL HOOD**, was a resident of Montgomery, Alabama.

2. On or about September 26, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of Michael Hood. That application falsely represented that Hood had suffered losses to a property he rented as his primary residence in Harvey, Louisiana. In fact, Hood did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted the application and caused a United States Treasury check in the amount of $2,000 to be mailed to Hood in Montgomery, Alabama. Hood received the check and cashed it.

4. On or about the date set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

## MICHAEL HOOD,

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to his own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | October 12, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222174438820. |

All in violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
CHRISTOPHER A. SNYDER
Assistant United States Attorney