IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:08cr09-WKW |
| ) | |
| MICHAEL HOOD ) | |

## **ORDER**

For good cause, it is

ORDERED that arraignment for this defendant currently set for February 1, 2008 at 1:00 p.m. is hereby reset for **February 1, 2008 at 12:00** p.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 30th day of January, 2008.

/s/ Wallace Capel, Jr
 WALLACE CAPEL, JR.
 UNITED STATES MAGISTRATE JUDGE