COURTROOM DEPUTY MINUTES    DATE: 2/1/08
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: _____

☐ INITIAL APPEARANCE
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)                    ARRAIGNMENT NOT HELD
√ ARRAIGNMENT                                To be rescheduled
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE WALLACE CAPEL, JR    DEPUTY CLERK: Wanda A. Robinson

CASE NO.  2:08cr09-WKW                    DEFT. NAME: Michael Hood -NOT PRESENT

USA: Jerusha Adams                        ATTY: NOT PRESENT
                                          Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;
USPTSO/USPO: _____
Defendant ___ does ___ does NOT need an interpreter; NAME _____

☐ Kars.      Date of Arrest _____ or     karsr 5
☐ kia.       Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐            Deft. Advises he will retain counsel. Has retained _____
☐            Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐            Government's **WRITTEN** Motion for Detention Hrg. filed.
☐            **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
☐ kbnd.      ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
             ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
☐ ko.        Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐            Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered.
√            **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED**
             Trial Term _____; ☐ **PRETRIAL CONFERENCE DATE:** _____
             **DISCOVERY DISCLOSURES DATE:** _____
☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.   Identity/Removal Hearing set for _____
☐ Kwvspt     **Waiver of Speedy Trial Act Rights Executed**.