IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr09-WKW |
| | ) | |
| MICHAEL HOOD | ) | |

## ORDER

Court convened on February 1, 2008 at 12:00 p.m. for a specially set arraignment for defendant Michael Hood. While counsel for the government was present, neither defense counsel or the defendant were present. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby *reset* for *February 5, 2008 at 9:30 a.m.* in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

IT IS FURTHER ORDERED that the defendant and counsel for the defendant be present at the arraignment.

DONE this 1st day of February, 2008.

/s/ Wallace Capel, Jr.
 WALLACE CAPEL, JR.
 UNITED STATES MAGISTRATE JUDGE