IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:08-cr-9wkw |
| | ) |
| MICHAEL HOOD, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please take notice that Aimee C. Smith hereby gives Notice of Appearance as appointed counsel of record for the Defendant, Michael Hood, in the above stated case.

**Respectfully submitted** on this the 6th day of February, 2008.

> **AIMEE C. SMITH   (SMI220)**
> **VICKERS, SMITH & WHITE, P.L.L.C.**
> 22 Scott Street, 2nd Floor
> Montgomery, Alabama 36104
> (334) 264-6466

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served, by hand delivery, U.S. mail, postage prepaid and properly addressed, or by placing a copy of the same in the U.S. Attorney's box in the Clerks Office:

United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101

**Done** on this the 6th day of February, 2008.

> Aimee Cobb Smith
> OF COUNSEL

025-08/NotApp1.2