### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CASE NO. 2:08-CR-9-WKW |
| ) | |
| MICHAEL HOOD,   ) | |
| ) | |
| Defendant.   ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Michael Hood, by and through undersigned counsel, Aimee C. Smith, and notifies this Honorable Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a District Judge and consents to do so before a Magistrate Judge.

**Respectfully submitted** on this the _____ day of April, 2008.

s/ Aimee C. Smith
**AIMEE C. SMITH**
VICKERS, SMITH & WHITE, P.L.L.C.
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
Work: (334) 264-6466
Fax: (334) 265-1926
E-mail: acsmith@lawvsw.com
ASB -4766-T73A

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO. 2:08-CR-9-WKW** |
| ) | |
| **MICHAEL HOOD,** ) | |
| ) | |
| **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon. Christopher A. Synder (USAALM)

    **Respectfully submitted** on this the _____ day of April, 2008.

    s/ Aimee C. Smith
    **AIMEE C. SMITH**
    VICKERS, SMITH & WHITE, P.L.L.C.
    22 Scott Street, 2nd Floor
    Montgomery, Alabama 36104
    Work: (334) 264-6466
    Fax: (334) 265-1926
    E-mail: acsmith@lawvsw.com
    ASB -4766-T73A

025-08/COP Notice1.2