# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: MICHAEL HOOD                          Case Number: 3:08cr00009-WKW

Name of Releasing Judicial Officer: The Honorable Wallace Capel, Jr. U.S. Magistrate Judge

Date of Release: January 29, 2008

Original Offense: Theft of Government Property (FEMA)

Type of Release: Pretrial Release

Date of Next Court Appearance: August 7, 2008 (sentencing)

Conditions of Release: Do not violate any federal, state, or local law; Report to Pretrial Services as Directed; Maintain employment; Avoid all contact with any person who are or may become a victim or witness in the case; Do not possess a firearm, destructive device or other dangerous weapon, Refrain from excessive use of alcohol; Refrain from any use or unlawful possession of narcotic drug or other controlled substances; Refrain from obstructing or tampering with substance abuse testing; Report any contact with law enforcement; Refrain from possession of any type of drug paraphernalia and Follow all instructions of the supervising officer.

Assistant U.S. Attorney: Christopher Snyder                    Defense Attorney: Aimee Cobb Smith

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Standard Condition: The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. | A record check was conducted on May 23, 2008, which revealed that the defendant was arrested by the Montgomery Police Department on March 21, 2008, for the offense of Violation of License to Carry a Pistol. The defendant has a court date of June 19, 2008 at 2:00pm. |
| Additional Condition (n): do not possess a firearm, destructive device or other dangerous weapon | A record check was conducted on May 23, 2008, which revealed that the defendant was arrested by the Montgomery Police Department on March 21, 2008, for the offense of Violation of License to Carry a Pistol. The defendant has a court date of June 19, 2008 at 2:00pm. |

| | |
|---|---|
| Additional Condition (u): report as soon as possible, to the pretrial service office or supervising officer any contact with any law enforcement personnel, including but not limited to any arrest, questioning or traffic stop. | A record check was conducted on May 23, 2008, which revealed that the defendant was arrested by the Montgomery Police Department on March 21, 2008, for the offense of Violation of License to Carry a Pistol. The defendant failed to notify the supervising officer of his contact with the Montgomery Police Department. |

<u>Supervision history of defendant and actions taken by officer:</u> The defendant was released on bond January 29, 2008. Defendant has maintained residence with his mother in Montgomery, AL. The defendant entered a plea of guilty on April 29, 2008, and is scheduled for sentencing on August 7, 2008. The defendant has had no violations during his term of pretrial release.

U.S. Probation Officer Recommendation:

[X]  The term of release should be:
     [X]   revoked.

[ ]  The conditions of supervision should be modified as follows:

                                              Respectfully submitted,

                                    by        /s/ Tamara C. Martin

                                              Tamara C. Martin
                                              U.S. Probation Officer
                                              Date: May 30, 2008

Reviewed and approved: /s/ Sandra G. Wood
                       Sandra G. Wood
                       Supervising U. S. Probation Officer

===============================================================

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                                              _____
                                              Signature of Judicial Officer

                                              _____
                                              Date