IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr9-WKW |
| | ) | |
| MICHAEL HOOD | ) | |

**MOTION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Michael Hood into the custody of Jim Tynan, USPIS, and/or Ed Kleppinger, DHS/OIG, and/or Trevor Fenwick, U.S. Secret Service, and/or Doug Wilson, USPIS, from June 27, 2008, through June 27, 2009, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Jim Tynan, USPIS, and/or Ed Kleppinger, DHS/OIG, and/or Trevor Fenwick, U.S. Secret Service, and/or Doug Wilson, USPIS, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 26th day of June, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr9-WKW |
| ) | |
| MICHAEL HOOD ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all parties involved.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:08cr9-WKW |
| ) | |
| MICHAEL HOOD ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on June 26, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Michael Hood, from June 27, 2008, through June 27, 2009, so that Jim Tynan, USPIS, and/or Ed Kleppinger, DHS/OIG, and/or Trevor Fenwick, U.S. Secret Service, and/or Doug Wilson, USPIS, can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Jim Tynan, USPIS, and/or Ed Kleppinger, DHS/OIG, and/or Trevor Fenwick, U.S. Secret Service, and/or Doug Wilson, USPIS, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of June, 2008.

_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE