IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr9-WKW |
| | ) | |
| MICHAEL HOOD | ) | |

**ORDER ON MOTION**

Upon consideration of the Government's Motion for Release of Prisoner (Doc. #31) filed on June 26, 2008, and for good cause, it is

ORDERED that the Motion (Doc. #31) is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of Michael Hood, from June 27, 2008, through June 27, 2009, so that Jim Tynan, USPIS, and/or Ed Kleppinger, DHS/OIG, and/or Trevor Fenwick, U.S. Secret Service, and/or Doug Wilson, USPIS, can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Jim Tynan, USPIS, and/or Ed Kleppinger, DHS/OIG, and/or Trevor Fenwick, U.S. Secret Service, and/or Doug Wilson, USPIS, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 27th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE