IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:08-cr-09-WKW |
| | ) | |
| MICHAEL HOOD | ) | |

## **ORDER**

Upon consideration of the United States's Unopposed Motion to Continue Sentencing (Doc. # 34), it is ORDERED that the motion is GRANTED. Sentencing in this matter is CONTINUED August 13, 2008, to **November 5, 2008, at 9:30 a.m.**

DONE this 1st day of August, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE